# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ASHLEY MADDOX,<br><br>　　　　　Defendant and Judgment Debtor.<br><br>JOHN HANCOCK RETIREMENT PLAN SERVICES, LLC,<br><br>　　　　　Garnishee. | Case No.: 1:20-mc-00089-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING REQUEST FOR FINAL ORDER OF GARNISHMENT AND DIRECTING THE GOVERNMENT TO SERVE A COPY OF THIS ORDER<br><br>(DOC. Nos. 9, 11, 12, 14) |

On October 2, 2020, the United States ("the government") filed an application for a writ of garnishment pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedure Act ("FDCPA") 28 U.S.C. § 3001, *et seq.*, against defendant and judgment debtor Ashley Maddox ("defendant"). (ECF No. 1.) On November 27, 2020, the government filed a request for a findings and recommendations for final order of garnishment which was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 9.)

On January 5, 2021, the magistrate judge filed a findings and recommendations recommending that the request for a final order of garnishment be granted. (Doc. No. 14.) The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. (*Id.*; Certificate of Service, Doc. No. 15.) The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed January 5, 2021, is ADOPTED IN FULL;

2. The United States' request for a final order of garnishment is GRANTED;

3. Within **fifteen (15) days** of the date of service of this order, garnishee John Hancock Retirement Plan Services, LLC, is DIRECTED TO PAY the Clerk of the United States District Court $5,075.00[1] of the funds in the accounts held by garnishee in which judgment debtor, Ashley Maddox, has an interest;

4. Payment SHALL BE MADE in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  The criminal docket number (1:17-CR-00167-DAD) shall be stated on the payment instrument;

5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary;

6. This garnishment shall be terminated when the payment is deposited with the Clerk of the Court;

7. Within **three (3) days** of the date of entry of this order, the United States SHALL SERVE a copy of this order on the judgment debtor and the garnishee and file proof of service in this matter; and

8. The Clerk of the Court is DIRECTED to CLOSE this action.

IT IS SO ORDERED.

Dated:   February 3, 2021

SENIOR DISTRICT JUDGE

---

[1] The United States' original request was for $5,100.00; however, the current balance of the judgment is $5,075.00, as a result of a payment.

2